United States District Court
for the Middle District of North Carolina

Deric Lostutter
    Plaintiff

v.

Thomas Olsen, Alexandria
Goddard, Michelle McKee
    Defendants

Case no: 16CV1098

Plaintiff's Objection
to Defendant's motion
for extension of Time

FILED OCT -3 2016 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.

NOW COME THE PLAINTIFF, appearing Pro-se, and objects to the Defendant's motion for Extension of Time for the following reasons:

1) Plaintiff served Defendants, Thomas Olsen & Michelle McKee, in accordance with North Carolina rules of Procedure Sep 8th 2016. (Docket entry 6)

2) Remaining Defendant Alexandria Goddard has been in possession of complaint since at least Sep 7th 2016, publishing it online via her twitter page "Prinniedidit" and avoids service. (see Plaintiffs motion for summary judgement exhibit A)

Case 1:16-cv-01098-TDS-JEP   Document 9   Filed 10/03/16   Page 1 of 4

3) It is not the responsibility of the court to allow more time based on admission to the federal Bar. Defendants had a responsibility to seek appropriately accredited council and reply to a complaint properly served within the time period allotted by the honorable Court.

4) Rule 56(g) states that Defendants may not file affidavits in bad faith to delay trial, which seems to be the goal since all 3 defendants have had possession of the complaint since the beginning of September.

5) Mr. Gibson erroneously states he did not have access to E.C.F. when all documents are Public record and have been public since filing. No special privilege is required to view or file documentation in person or on E.C.F./Pacer.

6) Mr. Gibson has been aware of the allegations against his clients since around mid June-July 2016 when this matter was filed in superior court in Forsyth County in 2016, including a previous version of this complaint,

Wherefore, Plaintiff moves the court TO Deny Defendants motion TO extend Time pursuant to rule 56 (g) and issue a summary Judgement to the Plaintiff in favor of the Plaintiff.

This the 3rd day of October 2016

Respectfully submitted

Deric James Lostutter

2732 Darrow rd
Walkertown NC 27051
336 8248539
Lostutterdwork@gmail.com

Certificate of Service
16 CV 1098

I, Deric James Lostutter, on October 3rd 2016, mailed a copy of "Plaintiff's Objection to Defendant's motion for extension of time" in case no: 16 CV 1098 to the Defendants attorney, R. Daniel Gibson, placing it in a paid post stamped envelope, and depositing it in the United States mail to the Addressee listed below.

Addressee:

R. Daniel Gibson
140 East Water Street
Statesville NC 28677

This the 3rd day of October 2016

Deric James Lostutter

2732 Darrow Rd
Walkertown NC 27051
336-829-0539