UNITED STATES DISTRICT COURT
For the Middle District of North Carolina.

Deric Lostutter
    Plaintiff

v.

Thomas Olsen, Alexandria Goddard, Michelle McKee
    Defendants

FILED IN THIS OFFICE
2016 DEC 12 PM 4:08
CLERK US DISTRICT COURT
GREENSBORO, N.C.

Case No.: 16 CV 1098

NOTICE OF FILING AFFIDAVIT OF JENNIFER LOSTUTTER

NOW COMES THE PLAINTIFF, appearing pro se, and submits the following AFFIDAVIT OF JENNIFER LOSTUTTER to this court, wherein witnesses to this case testify to the character and actions of Defendant Alexandria Goddard, giving further proof that Plaintiff's motion for preliminary injunction against the defendants should be granted by this honorable court.

This the 12th Day of December 2016

Respectfully submitted,
Deric Lostutter
Plaintiff
2732 Darrow rd
Walkertown NC 27051
336 824 8539
Lostutter Deric@gmail

# AFFIDAVIT OF JENNIFER LOSTUTTER

# AFFIDAVIT OF JENNIFER LOSTUTTER

I, Jennifer Lostutter, swear the following statements to be true under penalty of perjury:

1. My name is Jennifer Lostutter, and I am the wife of the Plaintiff in this civil case (16CV1098).

2. I am a citizen and resident of Forsyth County, North Carolina.

3. I have previous experience typing affidavits.

4. This is my second affidavit in this case (16CV1098).

5. My husband, Deric Lostutter, has never personally spoken to the witnesses listed in this affidavit, named David Spiggle and Karen Wendelstam (Marcello), via text, online communication, letter, or phone call, and I spoke to them of my own free will and curiosity to see how they could help the civil case that will protect our family from the defendants.

6. I have witnessed Deric Lostutter, the Plaintiff in this case, prepare e-mail evidence for a case he was called to appear as an expert witness on in Buncombe County, North Carolina, in 2016, Therefore I learned how to, and knew to print out the "original language" or the e-mail headers of a message to show the message's authenticity in court.

7. I submit this affidavit to the court of my own free will, drafting it free of instruction.

8. On or about November 20th 2016, a person claiming to be a "David Spiggle" reached out to me via an unsolicited Facebook message, claiming to be a resident of Franklin County, Ohio, who was being harassed by Defendant Alexandria Goddard with false police reports and other forms of harassment.

9. David Spiggle claimed he was also aware of the harassment and stalking that our family has faced at the hands of Defendant Alexandria Goddard, and expressed his wishes to help.

10. David Spiggle also claimed to suffer harassment at the hands of Alexandria Goddard, involving herself in a custody case for his children, unsolicited, and repeated contacts to his child's family to make David Spiggle not able to see his children. Alexandria Goddard, and those she aligns

herself with, have also done the same to my ongoing custody dispute, even though I have never met, nor personally spoken to her, because of her issues with my husband.

11. David Spiggle claims to have sought a restraining order against Alexandria Goddard, who has an upcoming court date to answer for the allegations against her.

12. David Spiggle claimed that he lives on the same street as Alexandria Goddard, and the two were once friends, until his new relationship.

13. David Spiggle claimed to have given Alexandria Goddard various amounts of money whenever she asked him for it for things like cigarettes, dog food, and other items.

14. David Spiggle said that he knew someone named Karen, who also lived on the same street as Defendant Alexandria Goddard, who is in fact, per the address on court documents sent to me by Karen, Defendant Alexandria Goddard's neighbor in the same duplex, with adjoining walls.

15. David Spiggle said that Karen and Defendant Alexandria Goddard have been long time friends.

16. I provided my e-mail address to David Spiggle to give to Karen to have Karen contact me if she wished.

17. On or about November 20th, 2016, A person claiming to be Karen Wendelstam (Marcello) contacted me via e-mail from the e-mail address wendelstam@gmail.com. (EXHIBIT A)

18. On or about November 20th, 2016, Karen Wendelstam (Marcello) contacted me via Text message and via Facebook messenger, along with a group chat with David Spiggle, to further discuss things that they have witnessed Defendant Alexandria Goddard do to my husband, and my family, as well as discussions that Defendant Alexandria Goddard has had with Michelle McKee, Thomas Olsen, and Kim Picazio, orchestrating or plotting ways to have my husband falsely arrested, and discussing ways that Alexandria Goddard can hide from service and prolong this case.

19. In **EXHIBIT A**, paragraph 2, Karen Wendelstam (Marcello) claims to be a witness to the manipulation of or altering of photographs of our deceased daughter, Jade, at the hands of Alexandria Goddard.

20. In **EXHIBIT A**, paragraph 3, Karen Wendelstam (Marcello) claims to have been present in the home of Defendant Alexandria Goddard when she was creating fake online profiles to harass and stalk my husband.

21. In **EXHIBIT A**, paragraph 6, Karen Wendelstam (Marcello) claims to have been present when Defendant Alexandria Goddard has avoided service of court documents from my husband, the Plaintiff.

22. In **EXHIBIT A**, paragraphs 8-10, Karen Wendelstam (Marcello) clearly states that Alexandria Goddard's obsession with my husband who is the plaintiff in **16CV1098**, and our family, is purely monetarily driven, and even alleges fraudulent fundraising by Alexandria Goddard and misappropriation of those funds.

23. In **EXHIBIT A**, Paragraph 12, Karen Wendelstam (Marcello) states that Alexandria Goddard has stated that she wanted to make "Deric's life a living hell" "many times".

24. In **EXHIBIT B**, Paragraph 1, Karen Wendelstam (Marcello) states she has known Defendant Alexandria Goddard for "at least 30 years" stating that Defendant Alexandria Goddard refers to her by nicknames, or "BFF" which by common knowledge means "Best Friends Forever".

25. In **EXHIBIT B**, paragraph 2, Karen Wendelstam (Marcello) states that she has witnessed Alexandria Goddard relentlessly stalk my husband the plaintiff, and has witnessed her calling court officials and other law enforcement officials defaming my husband as well as other actions to harass or "mess with him" until she saw him go to jail. Karen also states that she has witnessed her post "lies" about my husband on the internet.

26. In **EXHIBIT B**, paragraph 3, Karen Wendelstam (Marcello) states that she has witnessed conversation between Defendant Alexandria Goddard, and her friend Kim Picazio, whom my husband has told me is a family law attorney in Florida and friend of the Defendants, talk about what they can do to "get Deric". Karen Wendelstam (Marcello) states that Kim Picazio instructed Alexandria Goddard, as well as Michelle McKee on a 3-way phone conversation, on how to avoid service and burden the court. She also states that she has witnessed Alexandria Goddard call police in North Carolina about what she could do to prevent or respond to Deric's motions. Karen Wendelstam (Marcello) went on to state that she witnessed, personally, Defendant Alexandria Goddard avoid service, "MANY times". I can also attest to that multiple attempts by Franklin County Sheriff's office to serve Alexandria Goddard have been unsuccessful. I contacted the Franklin County Ohio Sheriff's office to see if the summons and complaint were served as recent as the week of 12/5/2016, where I was told it was being attempted for the last time, and previous attempts had been unsuccessful. I am hopeful that she will be served on the final attempt, as I have recently googled my own name and seen the destruction the defendants have caused my own reputation by tagging my name as keywords, and even writing "articles" with the intent to embarrass me or damage my reputation, even though I have never spoken to the defendants directly or indirectly in my life.

27. In **EXHIBIT B**, paragraph 4, Karen Wendelstam (Marcello) states that she has been present in the past when Defendant Alexandria Goddard would physically stalk and intimidate people in person, before the harassment of our family began, by following people in her car and attempting to scare them with "her tactics".

28. In **EXHIBIT B**, paragraph 5, Karen Wendelstam (Marcello) states that Defendant Alexandria Goddard, whom she claims to have known for 30 years, picks on the weak, the handicapped,

and "ANYONE she can pick on", and that Karen Wendelstam (Marcello) feels Defendant Alexandria Goddard may have a mental disorder that may be getting worse.

29. In **EXHIBIT B**, paragraphs 6-7, Karen Wendelstam (Marcello) states that Alexandria Goddard misappropriates funds she raises to litigate my husband's lawsuit against her, using money that should pay her attorney for things like rent, cable, electric, and "anything but what it is said to be for".

30. In **EXHIBIT B**, paragraph 8, Karen Wendelstam (Marcello) states that she knows her, (Defendant Alexandria Goddard), "well" and that Karen Wendelstam (Marcello) does "know her (Defendant Alexandria Goddard) games. Karen Wendelstam (Marcello) states that she and her neighbor have had to seek restraining orders (**EXHIBIT C**) against Alexandria Goddard for stalking and harassment, and states that Alexandria Goddard is "relentless" and feels that she is "above the law".

31. Karen Wendelstam (Marcello) then provided me her personal cell phone number, which I have redacted in **EXHIBIT B**, to shield her from any further harassment.

32. In further conversations Via Text Message and Facebook Message, Karen Wendelstam (Marcello) provided me the workplace of Alexandria Goddard, as well as her schedule so that she could be properly served and stop avoiding service. Karen Wendelstam (Marcello) also provided me text message evidence of Alexandria Goddard asking for "pain pills", allegedly from Karen, to which she denied to give her.

33. Karen also stated that Alexandria Goddard did have, or once did have, possession and ownership of DericLostutter.org and has moved the domain's registration to prevent my husband from gathering evidence.

34. Karen also stated that she has personally witnessed Alexandria Goddard logged into DericLostutter.org.

35. Karen also stated that Alexandria Goddard creates many fake accounts to seem like a lot of people are harassing or talking about my husband online.

36. I can provide the above-mentioned claims in paragraphs 32-35 of this affidavit to the court at the court's request.

37. It is my belief that Alexandria Goddard has been harassing, and directing others to orchestrate and harass my husband, our family, and our friends, and with this first-hand account of her pattern of behavior and activities, that Alexandria Goddard, as well as her co-defendants, present a clear and imminent danger to the safety of others. I respectfully ask that this court grant my husband's motion for restraining order that he previously filed, so that we may protect ourselves, and that my husband may protect any potential witnesses such as Karen and David.

Respectfully Submitted,
Jennifer Lostutter
Plaintiff's Wife

Signed *Jennifer Lostutter* Date 12-12-16

# AFFIDAVIT OF JENNIFER LOSTUTTER

## NOTARIZATION OF AFFIDAVIT

I swear the foregoing statements in the Affidavit Of Jennifer Lostutter to be true and correct to the best of my knowledge under penalty of perjury in the United States.

State of _NORTH CAROLINA_

County of _FORSYTH_

Notary Public _[signature]_ Date _12/12/2016_

Signed by Jennifer Lostutter    My Commission Expires _Nov 8, 2017_

WILLIAM E. LANE
Notary Public - North Carolina
Forsyth County
My Commission Expires November 8, 2017

_Jennifer Lostutter 12-12-16_

# Certificate Of Service

I Deric Lostutter certify and swear that I sent and served the foregoing notice of filing and it's attachments on the defendants through their attorney by placing a true and accurate copy in a post-paid envelope and mailing it to:

R Daniel Gibson
827 Burke Street
Winston-Salem N.C. 27101

This the 12th Day of December 2016

Respectfully Submitted
Deric Lostutter
Plaintiff
2732 Darrow rd
Walkertown NC 27051
(336) 829-8539
LostutterDeric@gmail.com