# EXHIBIT A



Jennifer Lostutter <jrs13131@gmail.com>

# Alexandria Goddard

**Karen Marcello** <wendelstam@gmail.com>  
To: Jennifer Lostutter <jrs13131@gmail.com>

Tue, Nov 29, 2016 at 11:13 PM

Jen,

1) I know from sitting and listening to speaker conventions between Michelle, Kim and Alex that they were trying to find ways to call the legal departments in Kentucky I believe and North Carolina and speak with the clerk of courts on process to add more drama to Derics case.

2) I was there when speaker conversations were going on about how they thought Derics miscarriage was just a ploy and they (Michelle and Alex) where manipulating pictures of the baby Deris and Jen lost.

3) I have been sitting at Alex's house when she has made up people on media accounts to to start saying mean stuff about Deric to try to get Deric to answer when he wasn't suppose to be on the internet.

4) I have seen Alex post with advice from Kim (Attorney supposedly from Florida) about Deric in was that they cannot (the law) come back onto Alex

5) I have seen Alex stew for days on trying to bust Deric on many sites to try to get him to break a violation of some kind.

6) I have seen Alex avoid service for cases that Deric has filled against her

7) I am and have no idea about legal stuff but I do know that what Alex would talk to different people about was what they needed to do too get Deric pissed enough that he would say or do something when he would be drinking.

8) I know Alex told me many times that she was pissed that Brad Pitt bought the rights to some movie and he got money for it and she was going to see that he would pay for that somehow.

9) Alex obsesses about Deric on a daily basis along with others to try to get money somehow.

10) Alexs "Go Fund Me" me accounts that she has collect some money from are never what they are put out there to the public......like her supposed back surgery a year ago out was a simply bowel obstruction. she was home in a week and walking around ....she took that money to move into where she lives now. NOT FOR ANY LIFE THREATENING EVENT.

11) Alex has played the victim of Deric when she is the one behind the scenes trying to get people to do things for her.

12) Everything Alex has done has been done to someone else this is what she obsesses over making people out to be the bad person. This has been going on for years.....Deric's is longer because he stole her 15 minutes of fame and she is broke and thinks Deric has gained from his actions iin the Stubenville case and she has not and believes she did more to solve the case and plots what she can do to Deric to make his life a living hell.....she has said that to me many times.

I am not very good with the legal stuff but I have heard so much more that she has done or plans to do to Deric it is hard for me to put it all in writing.

Sincerely

Karen Wendelstam  
23

---

On Tue, Nov 29, 2016 at 7:04 PM, Karen Marcello <wendelstam@gmail.com> wrote:
> Hello

I have known Alexandria Goddard for at least 30 years. She refers to me as her BFF or nicknamed Dingy.

I was not around her when this who Stubenville case and her and Deric were talking amicably. Where I can in is where it seemed like everyday (she lives oon the other side of the duplex from me) and lived in a apartment 5 minutes from me a year before that she would be telling me all the bad things about Deric. She would say she was going to have people from the group KY Anonymous stalk and watch his moves since it seemed as though she could not see everything Deric posts......she was obsessed with Deric. She would tell me she was not going to stop messing with him till she say him go to jail. She was relentless about trying to find things out about Deric so she could post and add her comments to everything (which) most were lies. I wsh I could remember everything she said and did but what I do know is she was calling court house after court house and talking to people about Deric and how PSYCHO he was and I heard parts of the conversations due to she always had her iPhone on speaker phone.....I just wish at the time I was listening a little more with concern....but I thought this was all just her doing her normal stalking and harassing thing on the internet. Believe me Deric is not her first victim she had many.

There were times I would walk in her house and she would be talking to the North Carolina police to see what she had to do to respond to Derics motions......then she would called her friend Kim in Florida who is supposedly an Attorney and this Kim girl would be telling what she needs to do to get Deric....and sometimes would have have a three way going with Kim , Michelle and Alexandria. Some advice that I know Kim gave her was to avoid service and they would have to post pone the court case......MANY times I have seen and know she is home but be hiding from the service.

Deric is not her first victim and pob won't be her last cause she has stalked people way before the internet. I use to sit in cars with her and she would watch for the people and follow them and try to scare them with her tactics.

I truly believe after all the years I have known her she has a mental disorder and it is only getting worse. ANYONE she can pick on....the weak...the handicap she will.

She keeps putting "GOFUNDME" accounts out there......and usually takes the money that is said to be for attorney fees to fight Deric and instead she pays cable bills, electric, rent, anything but what it is said to be for.

I have reported her to many companies around here for what I think is fraud. She will definitely lie when put on the spot.......that is also known from the 30 years of knowing her. She has a attorney that has sent her paper work asking for his money and she has avoided paying him cause she is supposedly doing all the the paper work and is trying to guide him thru his job.

Not sure what else I can write.......I know her well.....I know her games.......and she is not doing this just to Deric....Myself and my neighbor are being stalked and harassed buy her and had to file for restraining orders. She is relentless and thinks she is above the law cause she was the one who brought the Stubenville case to life.

If there are any other questions please feel free to contact me at 3

Sincerely

Karen Wendelstam

## Original Message

| | |
|---|---|
| Message ID | <CADAHyJmaCnWgqFna2vHF+M7DPd5KJ+WvENg5xWLe3KvD9OB1yw@mail.gmail.com> |
| Created at: | Tue, Nov 29, 2016 at 7:04 PM (Delivered after 2 seconds) |
| From: | Karen Marcello <wendelstam@gmail.com> |
| To: | Jennifer Lostutter <jrs13131@gmail.com> |
| Subject: | Alexandria Goddard |
| SPF: | PASS with IP 2a00:1450:4010:c07:0:0:0:235  Learn more |
| DKIM: | PASS with domain gmail.com  Learn more |
| DMARC: | PASS  Learn more |

Download Original                                                                 Copy to clipboard

```
Delivered-To: jrs13131@gmail.com
Received: by 10.12.135.49 with SMTP id 46csp61411qvh;
        Tue, 29 Nov 2016 16:04:05 -0800 (PST)
X-Received: by 10.25.162.198 with SMTP id
l189mr111979411fe.50.1480464245350;
        Tue, 29 Nov 2016 16:04:05 -0800 (PST)
Return-Path: <wendelstam@gmail.com>
Received: from mail-lf0-x235.google.com (mail-lf0-x235.google.com.
[2a00:1450:4010:c07::235])
        by mx.google.com with ESMTPS id
197si2933126071fe.276.2016.11.29.16.04.04
        for <jrs13131@gmail.com>
        (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
        Tue, 29 Nov 2016 16:04:05 -0800 (PST)
Received-SPF: pass (google.com: domain of wendelstam@gmail.com designates
2a00:1450:4010:c07::235 as permitted sender) client-
ip=2a00:1450:4010:c07::235;
Authentication-Results: mx.google.com;
       dkim=pass header.i=@gmail.com;
       spf=pass (google.com: domain of wendelstam@gmail.com designates
2a00:1450:4010:c07::235 as permitted sender)
smtp.mailfrom=wendelstam@gmail.com;
       dmarc=pass (p=NONE dis=NONE) header.from=gmail.com
Received: by mail-lf0-x235.google.com with SMTP id o141so12193395511ff.1
```

```
                for <jrs13131@gmail.com>; Tue, 29 Nov 2016 16:04:04 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20120113;
        h=mime-version:from:date:message-id:subject:to;
        bh=1ishksN4+KVQBTl6VoEKFDplRJT34I8BtPO/fIbh/P4=;
```

b=BZaIYN/fD61UmUd05lBLlOTekUB31ciN5wV0eXMhStSUKtR//d+txvKZ09PKPCnhrA

Gz5gOHAqXCzxM1cxE+dJju+arDgh23swvAAX7/R2z3IKFuaHgGeAfItzO4C7ttwFtcIZ

OVvz3NWZjCsBsrCeBwYfmgGsjlepj3VIRFPvhGlOt5Qr+gFLKrX3ZHb/Mth3XFTaim39

7rcN6pmHRj8xOiBYernZarVxHxBXpjGFuQAaBYLXDRtpMlrd3RPkWPMlIbQ0iM7ayJp8

AcG0N04n2BCy2YsP02XCzE1earu2aYIqSIJJoBxz/+M0y6D0McB0JeThYQmiMyiFoHrK
        RcOA==

```
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20130820;
        h=x-gm-message-state:mime-version:from:date:message-id:subject:to;
        bh=1ishksN4+KVQBTl6VoEKFDplRJT34I8BtPO/fIbh/P4=;
```

b=bhoSj47ba31KXiQJrpSgtkO11vICYHYo4xgbGbOP2HrIGC6R8CrfC9rf0nLKyx5v1Z

eaF9cQopsvKcn2LOr6q/EC2LAAN/zj0XPUD5dbZpcIuVqLBO66xv3Ly1qFnNVG5bZrWl

Yi6Hsa7pEKbJSd5+cyxNZzT5P/5vYMkEtJDFmABCMOwTRREjM9g4rmRUig4Ee1g8NdI9

nayFdD19FN4PJ6s2Y3GWdLRyae5mCGCce1xoNQaG5HvzZW/fEbheSSerMc8UJlxdnq3x

pREdCA6ezIcLWZPtZ9eWm/krSJ3jfxYjgGGtX4+2+DLTgNHFxOApYFgL12fzqiiim+6C
        ngJw==
X-Gm-Message-State:
AKaTC02A5DNaRUv4AXU+wMOF/0NkDkvthMplbQlvX9BBmWuBVoOwPu0bK/MqZO5k9vDz2wsA5
DUVeMrErflDtg==

```
X-Received: by 10.25.141.147 with SMTP id
p141mr115389711lfd.147.1480464244423; Tue, 29 Nov 2016 16:04:04 -0800
(PST)
MIME-Version: 1.0
Received: by 10.114.12.74 with HTTP; Tue, 29 Nov 2016 16:04:03 -0800
(PST)
From: Karen Marcello <wendelstam@gmail.com>
Date: Tue, 29 Nov 2016 19:04:03 -0500
Message-ID:
<CADAHyJmaCnWgqFna2vHF+M7DPd5KJ+WvENg5xWLe3KvD9OB1yw@mail.gmail.com>
Subject: Alexandria Goddard
To: Jennifer Lostutter <jrs13131@gmail.com>
Content-Type: multipart/alternative;
boundary=001a11401e846441e1054279719b

--001a11401e846441e1054279719b
Content-Type: text/plain; charset=UTF-8
```

Hello


I have known Alexandria Goddard for at least 30 years. She refers to me as
her BFF or nicknamed Dingy.

I was not around her when this who Stubenville case and her and Deric were
talking amicably.  Where I can in is where it seemed like everyday (she
lives oon the other side of the duplex from me) and lived in a apartment 5
minutes from me a year before that she would be telling me all the bad
things about Deric.  She would say she was going to have people from the
group KY Anonymous stalk and watch his moves since it seemed as though she
could not see everything Deric posts......she was obsessed with Deric.  She
would tell me she was not going to stop messing with him till she say him
go to jail.  She was relentless about trying to find things out about Deric
so she could post and add her comments to everything (which)  most were
lies.  I wsh I could remember everything she said and did but what I do
know is she was calling court house after court house and talking to people
about Deric and how PSYCHO he was and I heard parts of the conversations
due to she always had her iPhone on speaker phone.....I just wish at the
time I was listening a little more with concern....but I thought this was
all just her doing her normal stalking and harassing thing on the
internet.  Believe me Deric is not her first victim she had many.


There were times I would walk in her house and she would be talking to the
North Carolina police to see what she had to do to respond to Derics
motions......then she would called her friend Kim in Florida who is
supposedly an Attorney and this Kim girl would be telling what she needs to
do to get Deric....and sometimes would have have a three way going with Kim
, Michelle  and Alexandria.  Some advice that I know Kim gave her was to
avoid service and they would have to post pone the court case......MANY
times I have seen and know she is home but be hiding from the service.

Deric is not her first victim and pob won't be her last cause she has
stalked people way before the internet.   I use to sit in cars with her and
she would watch for the people and follow them and try to scare them with
her tactics.

I truly believe after all the years I have known her she has a mental
disorder and it is only getting worse.   ANYONE she can pick on....the
weak...the handicap she will.

She keeps putting "GOFUNDME" accounts out there......and usually takes the
money that is said to be for attorney fees to fight Deric and instead she
pays cable bills, electric, rent, anything but what it is said to be for.

I have reported her to many companies around here for what I think is
fraud.  She will definitely lie when put on the spot.......that is also
known from the 30 years of knowing her.  She has a attorney that has sent
her paper work asking for his money and she has avoided paying him cause
she is supposedly doing all the the paper work and is trying to guide him
thru his job.

Not sure what else I can write.......I know her well.....I know her games.......and she is not doing this just to Deric....Myself and my neighbor are being stalked and harassed buy her and had to file for restraining orders.  She is relentless and thinks she is above the law cause she was the one who brought the Stubenville case to life.


If there are any other questions please feel free to contact me at 614-638-9223

Sincerely

Karen Wendelstam

--001a11401e846441e1054279719b
Content-Type: text/html; charset=UTF-8
Content-Transfer-Encoding: quoted-printable

&lt;div dir=3D"ltr"&gt;Hello&lt;div&gt;&lt;br&gt;&lt;/div&gt;&lt;div&gt;&lt;br&gt;&lt;/div&gt;&lt;div&gt;&lt;br&gt;&lt;/div&gt;&lt;div&gt;I h=
ave known Alexandria Goddard for at least 30 years.=C2=A0 She refers to me =
as her BFF or nicknamed Dingy. =C2=A0=C2=A0&lt;/div&gt;&lt;div&gt;&lt;br&gt;&lt;/div&gt;&lt;div&gt;I was =
not around her when this who Stubenville case and her and Deric were talkin=
g amicably.=C2=A0 Where I can in is where it seemed like everyday (she live=
s oon the other side of the duplex from me) and lived in a apartment 5 minu=
tes from me a year before that she would be telling me all the bad things a=
bout Deric.=C2=A0 She would say she was going to have people from the group=
 KY Anonymous stalk and watch his moves since it seemed as though she could=
 not see everything Deric posts......she was obsessed with Deric.=C2=A0 She=
 would tell me she was not going to stop messing with him till she say him =
go to jail.=C2=A0 She was relentless about trying to find things out about =
Deric so she could post and add her comments to everything (which) =C2=A0mo=
st were lies. =C2=A0 I wsh I could remember everything she said and did but=
 what I do know is she was calling court house after court house and talkin=
g to people about Deric and how PSYCHO he was and I heard parts of the conv=
ersations due to she always had her iPhone on speaker phone.....I just wish=
 at the time I was listening a little more with concern....but I thought th=
is was all just her doing her normal stalking and harassing thing on the in=
ternet.=C2=A0 Believe me Deric is not her first victim she had many.&lt;/div&gt;&lt;=
div&gt;&lt;br&gt;&lt;/div&gt;&lt;div&gt;&lt;br&gt;&lt;/div&gt;&lt;div&gt;There were times I would walk in her hous=

e and she would be talking to the North Carolina police to see what she had=
 to do to respond to Derics motions......then she would called her friend K=
im in Florida who is supposedly an Attorney and this Kim girl would be tell=
ing what she needs to do to get Deric....and sometimes would have have a th=
ree way going with Kim , Michelle =C2=A0and Alexandria.=C2=A0 Some advice t=
hat I know Kim gave her was to avoid service and they would have to post po=
ne the court case......MANY times I have seen and know she is home but be h=
iding from the service. =C2=A0</div><div><br></div><div>Deric is not her fi=
rst victim and pob won&#39;t be her last cause she has stalked people way b=
efore the internet. =C2=A0 I use to sit in cars with her and she would watc=
h for the people and follow them and try to scare them with her tactics. =
=C2=A0</div><div><br></div><div>I truly believe after all the years I have =
known her she has a mental disorder and it is only getting worse. =C2=A0AN=
YONE she can pick on....the weak...the handicap she will.</div><div><br></d=
iv><div>She keeps putting &quot;GOFUNDME&quot; accounts out there......and =
usually takes the money that is said to be for attorney fees to fight Deric=
 and instead she pays cable bills, electric, rent, anything but what it is =
said to be for.=C2=A0</div><div><br></div><div>I have reported her to many =
companies around here for what I think is fraud.=C2=A0 She will definitely =
lie when put on the spot.......that is also known from the 30 years of know=
ing her.=C2=A0 She has a attorney that has sent her paper work asking for h=
is money and she has avoided paying him cause she is supposedly doing all t=
he paper work and is trying to guide him thru his job. =C2=A0</div><div=
><br></div><div>Not sure what else I can write.......I know her well.....I =
know her games.......and she is not doing this just to Deric....Myself and =
my neighbor are being stalked and harassed buy her and had to file for rest=
raining orders.=C2=A0 She is relentless and thinks she is above the law cau=
se she was the one who brought the Stubenville case to life.</div><div><br>=
</div><div><br></div><div>If there are any other questions please feel free=
 to contact me at 614-███-█23</div><div><br></div><div>Sincerely</div><div=

```
><br></div><div>Karen Wendelstam</div></div>

--001a11401e846441e1054279719b--
```