# EXHIBIT B


# Alexandria Goddard

**Karen Marcello** <wendelstam@gmail.com>  Tue, Nov 29, 2016 at 7:04 PM
To: Jennifer Lostutter <jrs13131@gmail.com>

Hello

I have known Alexandria Goddard for at least 30 years. She refers to me as her BFF or nicknamed Dingy.

I was not around her when this who Stubenville case and her and Deric were talking amicably. Where I can in is where it seemed like everyday (she lives oon the other side of the duplex from me) and lived in a apartment 5 minutes from me a year before that she would be telling me all the bad things about Deric. She would say she was going to have people from the group KY Anonymous stalk and watch his moves since it seemed as though she could not see everything Deric posts......she was obsessed with Deric. She would tell me she was not going to stop messing with him till she say him go to jail. She was relentless about trying to find things out about Deric so she could post and add her comments to everything (which)  most were lies.   I wsh I could remember everything she said and did but what I do know is she was calling court house after court house and talking to people about Deric and how PSYCHO he was and I heard parts of the conversations due to she always had her iPhone on speaker phone.....I just wish at the time I was listening a little more with concern....but I thought this was all just her doing her normal stalking and harassing thing on the internet. Believe me Deric is not her first victim she had many.

There were times I would walk in her house and she would be talking to the North Carolina police to see what she had to do to respond to Derics motions......then she would called her friend Kim in Florida who is supposedly an Attorney and this Kim girl would be telling what she needs to do to get Deric....and sometimes would have have a three way going with Kim , Michelle  and Alexandria. Some advice that I know Kim gave her was to avoid service and they would have to post pone the court case......MANY times I have seen and know she is home but be hiding from the service.

Deric is not her first victim and pob won't be her last cause she has stalked people way before the internet.  I use to sit in cars with her and she would watch for the people and follow them and try to scare them with her tactics.

I truly believe after all the years I have known her she has a mental disorder and it is only getting worse.   ANYONE she can pick on....the weak...the handicap she will.

She keeps putting "GOFUNDME" accounts out there......and usually takes the money that is said to be for attorney fees to fight Deric and instead she pays cable bills, electric, rent, anything but what it is said to be for.

I have reported her to many companies around here for what I think is fraud. She will definitely lie when put on the spot.......that is also known from the 30 years of knowing her. She has a attorney that has sent her paper work asking for his money and she has avoided paying him cause she is supposedly doing all the the paper work and is trying to guide him thru his job.

Not sure what else I can write.......I know her well.....I know her games.......and she is not doing this just to Deric....Myself and my neighbor are being stalked and harassed buy her and had to file for restraining orders.  She is relentless and thinks she is above the law cause she was the one who brought the Stubenville case to life.

If there are any other questions please feel free to contact me at ███████23

Sincerely

Karen Wendelstam

## Original Message

| | |
|---|---|
| Message ID | <CADAHyJkJ-NYU4Mj1OaJhJFh-a3GopcrQF2=WgnH2q79xn23gKw@mail.gmail.com> |
| Created at: | Tue, Nov 29, 2016 at 11:13 PM (Delivered after 2 seconds) |
| From: | Karen Marcello <wendelstam@gmail.com> |
| To: | Jennifer Lostutter <jrs13131@gmail.com> |
| Subject: | Re: Alexandria Goddard |
| SPF: | PASS with IP 2a00:1450:4010:c07:0:0:0:231  Learn more |
| DKIM: | PASS with domain gmail.com  Learn more |
| DMARC: | PASS  Learn more |

Download Original                                                                                       Copy to clipboard

```
Delivered-To: jrs13131@gmail.com
Received: by 10.12.135.49 with SMTP id 46csp134456qvh;
        Tue, 29 Nov 2016 20:13:16 -0800 (PST)
X-Received: by 10.25.23.80 with SMTP id n77mr117813451fi.72.1480479196141;
        Tue, 29 Nov 2016 20:13:16 -0800 (PST)
Return-Path: <wendelstam@gmail.com>
Received: from mail-lf0-x231.google.com (mail-lf0-x231.google.com.
[2a00:1450:4010:c07::231])
        by mx.google.com with ESMTPS id 93si293358951ft.54.2016.11.29.20.13.15
        for <jrs13131@gmail.com>
        (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
        Tue, 29 Nov 2016 20:13:16 -0800 (PST)
Received-SPF: pass (google.com: domain of wendelstam@gmail.com designates 2a00:1450:4010:c07::231 as permitted sender) client-ip=2a00:1450:4010:c07::231;
Authentication-Results: mx.google.com;
       dkim=pass header.i=@gmail.com;
```

        spf=pass (google.com: domain of wendelstam@gmail.com
designates 2a00:1450:4010:c07::231 as permitted sender)
smtp.mailfrom=wendelstam@gmail.com;
        dmarc=pass (p=NONE dis=NONE) header.from=gmail.com
Received: by mail-lf0-x231.google.com with SMTP id
c13so121767701lfg.0
        for <jrs13131@gmail.com>; Tue, 29 Nov 2016 20:13:15 -0800
(PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20120113;
        h=mime-version:in-reply-to:references:from:date:message-
id:subject:to;
        bh=+oYCpG4K1jD5O8UzwEIuFwQO4ct0YbKwzqoBtBOH7B8=;

b=Kpw4u+fe/xCozeMl0A/5VO96XrPb5cM8yt/3fAppeFZ/uT4Nkz0jADXCYLFxmWG4fk

qtP7qA/xaAk8eHHtEYjXZgV99tAxbevT0UthLwWoTauvcTUNPggj1EcqEzhk9hgtLk6e

wA01C4YgY+lUF+Hwh4oZXXK/FzV9aJpNf01BpPRuoSjVMNKW+f84WY+QKuFSI5nZqBKl

UaYgoeGtGMfJRr7ZRGE4+11mVgqbffkjZVk472RPMlFy5dYcPdZ+9obYO5jTbNs0HiLI

MtM8S2Z02auZ9S4dDcAWbe8x28bFhD+9aTR30ckrdFK9qBPAOw+6owuphw1XmmF6AeQ6
        Ir3w==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20130820;
        h=x-gm-message-state:mime-version:in-reply-
to:references:from:date
         :message-id:subject:to;
        bh=+oYCpG4K1jD5O8UzwEIuFwQO4ct0YbKwzqoBtBOH7B8=;

b=lU7zaIoR03YC4lF/Yt74U4Z8rrH8J1+U0AyKk4HKWbecjoNPVNbwOVq6Yb7C3umhnm

+Fxoz0QdljW8tTCEodJIwzOLkd+neolPxf4QISnGJ6/yUYswZ9UdVq0OyR12N6WUuNQe

KqQH7IqGgKyMjsH654FT715Gc1hus7pu/uMU+XU5TmfNMediQ//3pVWthXIiF3JVU5eM

ph9mjfcwXmDH5Zp85l0Gra2HiYv+Ge9WJZRUE0BZErwRIw92IiZzI0FOwb1BP2z1qIXm

xw+Qd390251bUQSINZ01+IzCYSwy76MqGIXpcef+If0VsMxIJA1hz9gcVJuiLmJTR6m4
        WWhA==
X-Gm-Message-State:
AKaTC02Mgv6zL6C9rDQt1d5a86HeEDsR0RZRonSMLlXJx1494mCxBkvwV2Tf0uGtfFJH
/UQe11Ia0UlODo0sfQ==
X-Received: by 10.25.141.147 with SMTP id
p141mr11813465lfd.147.1480479195421; Tue, 29 Nov 2016 20:13:15 -0800
(PST)
MIME-Version: 1.0
Received: by 10.114.12.74 with HTTP; Tue, 29 Nov 2016 20:13:14 -0800
(PST)
In-Reply-To:
<CADAHyJmaCnWgqFna2vHF+M7DPd5KJ+WvENg5xWLe3KvD9OB1yw@mail.gmail.com>
References:
<CADAHyJmaCnWgqFna2vHF+M7DPd5KJ+WvENg5xWLe3KvD9OB1yw@mail.gmail.com>
From: Karen Marcello <wendelstam@gmail.com>
Date: Tue, 29 Nov 2016 23:13:14 -0500
Message-ID: <CADAHyJkJ-NYU4Mj1OaJhJFh-

```
a3GopcrQF2=WgnH2q79xn23gKw@mail.gmail.com>
Subject: Re: Alexandria Goddard
To: Jennifer Lostutter <jrs13131@gmail.com>
Content-Type: multipart/alternative;
 boundary=001a11401e848a63ce05427cec6b

--001a11401e848a63ce05427cec6b
Content-Type: text/plain; charset=UTF-8
```

Jen,


1) I know from sitting and listening to speaker conventions between
Michelle, Kim and Alex that they were trying to find ways to call
the
legal departments in Kentucky I believe and North Carolina and speak
with
the clerk of courts on process to add more drama to Derics case.

2) I was there when speaker conversations were going on about how
they
thought Derics miscarriage was just a ploy and they (Michelle and
Alex)
where manipulating pictures of the baby Deris and Jen lost.

3) I have been sitting at Alex's house when she has made up people
on
media accounts to to start saying mean stuff about Deric to try to
get
Deric to answer when he wasn't suppose to be on the internet.

4) I have seen Alex post with advice from Kim (Attorney supposedly
from
Florida) about Deric in was that they cannot (the law) come back
onto Alex

5) I have seen Alex stew for days on trying to bust Deric on many
sites to
try to get him to break a violation of some kind.

6) I have seen Alex avoid service for cases that Deric has filled
against
her

7) I am and have no idea about legal stuff but I do know that what
Alex
would talk to different people about was what they needed to do too
get
Deric pissed enough that he would say or do something when he would
be
drinking.

8) I know Alex told me many times that she was pissed that Brad
Pitt
bought the rights to some movie and he got money for it and she was
going
to see that he would pay for that somehow.

9) Alex obsesses about Deric on a daily basis along with others to try to
get money somehow.

10) Alexs "Go Fund Me" me accounts that she has collect some money from
are never what they are put out there to the public......like her supposed
back surgery a year ago out was a simply bowel obstruction.   she was home
in a week and walking around ....she took that money to move into where she
lives now.  NOT FOR ANY LIFE THREATENING EVENT.

11)  Alex has played the victim of Deric when she is the one behind the
scenes trying to get people to do things for her.

12)  Everything Alex has done has been done to someone else this is what
she obsesses over making people out to be the bad person.  This has been
going on for years.....Deric's is longer because he stole her 15 minutes of
fame and she is broke and thinks Deric has gained from his actions iin the
Stubenville case and she has not and believes she did more to solve the
case and plots what she can do to Deric to make his life a living
hell.....she has said that to me many times.

I am not very good with the legal stuff but I have heard so much more that
she has done or plans to do to Deric it is hard for me to put it all in
writing.

Sincerely

Karen   Wendelstam
614-638-9223
--

On Tue, Nov 29, 2016 at 7:04 PM, Karen Marcello <wendelstam@gmail.com>
wrote:

> Hello
>
>
>
> I have known Alexandria Goddard for at least 30 years.  She refers to me
> as her BFF or nicknamed Dingy.
>
> I was not around her when this who Stubenville case and her and

Deric were
> talking amicably.  Where I can in is where it seemed like everyday (she
> lives oon the other side of the duplex from me) and lived in a apartment 5
> minutes from me a year before that she would be telling me all the bad
> things about Deric.  She would say she was going to have people from the
> group KY Anonymous stalk and watch his moves since it seemed as though she
> could not see everything Deric posts......she was obsessed with Deric.  She
> would tell me she was not going to stop messing with him till she say him
> go to jail.  She was relentless about trying to find things out about Deric
> so she could post and add her comments to everything (which)  most were
> lies.  I wsh I could remember everything she said and did but what I do
> know is she was calling court house after court house and talking to people
> about Deric and how PSYCHO he was and I heard parts of the conversations
> due to she always had her iPhone on speaker phone.....I just wish at the
> time I was listening a little more with concern....but I thought this was
> all just her doing her normal stalking and harassing thing on the
> internet.  Believe me Deric is not her first victim she had many.
>
>
> There were times I would walk in her house and she would be talking to the
> North Carolina police to see what she had to do to respond to Derics
> motions......then she would called her friend Kim in Florida who is
> supposedly an Attorney and this Kim girl would be telling what she needs to
> do to get Deric....and sometimes would have have a three way going with Kim
> , Michelle  and Alexandria.  Some advice that I know Kim gave her was to
> avoid service and they would have to post pone the court case......MANY
> times I have seen and know she is home but be hiding from the service.
>
> Deric is not her first victim and pob won't be her last cause she has
> stalked people way before the internet.  I use to sit in cars with her and
> she would watch for the people and follow them and try to scare them with
> her tactics.

```
>
> I truly believe after all the years I have known her she has a mental
> disorder and it is only getting worse.   ANYONE she can pick on....the
> weak...the handicap she will.
>
> She keeps putting "GOFUNDME" accounts out there......and usually takes the
> money that is said to be for attorney fees to fight Deric and instead she
> pays cable bills, electric, rent, anything but what it is said to be for.
>
> I have reported her to many companies around here for what I think is
> fraud.  She will definitely lie when put on the spot.......that is also
> known from the 30 years of knowing her.  She has a attorney that has sent
> her paper work asking for his money and she has avoided paying him cause
> she is supposedly doing all the the paper work and is trying to guide him
> thru his job.
>
> Not sure what else I can write.......I know her well.....I know her
> games.......and she is not doing this just to Deric....Myself and my
> neighbor are being stalked and harassed buy her and had to file for
> restraining orders.  She is relentless and thinks she is above the law
> cause she was the one who brought the Stubenville case to life.
>
>
> If there are any other questions please feel free to contact me at
> 614-638-9223 <(614)%20638-9223>
>
> Sincerely
>
> Karen Wendelstam
>


--001a11401e848a63ce05427cec6b
Content-Type: text/html; charset=UTF-8
Content-Transfer-Encoding: quoted-printable

<div dir=3D"ltr">Jen,<div><br></div><div><br></div><div>1) =C2=A0I know fro=
m sitting and listening to speaker conventions between Michelle, Kim and Al=
ex that =C2=A0they were trying to find ways to =C2=A0call the legal departm=
ents in Kentucky I believe and North Carolina and speak with the clerk of c=
```

ourts on process to add more drama to Derics case.

2) I was there when speaker conversations were going on about how they thought Derics miscarriage was just a ploy and they (Michelle and Alex) where manipulating pictures of the baby Deris and Jen lost.

3) I have been sitting at Alex's house when she has made up people on media accounts to to start saying mean stuff about Deric to try to get Deric to answer when he wasn't suppose to be on the internet.

4) I have seen Alex post with advice from Kim (Attorney supposedly from Florida) about Deric in was that they cannot = (the law) come back onto Alex

5) I have seen Alex stew for days on trying to bust Deric on many sites to try to get him to break a violation of some kind.

6) I have seen Alex avoid service for cases that Deric has filled against her

7) I am and have no idea about legal stuff but I do know that what Alex would talk to different people about was what they needed to do too get Deric pissed enough that he would say or do something when he would be drinking.

8) I know Alex told me many times that she was pissed that Brad Pitt bought the rights to some movie and he got money for it and she was going to see that he would pay for that somehow.

9) Alex obsesses about Deric on a daily basis along with others to try to get money somehow.

10) Alexs "Go Fund Me" me accounts that she has collect some money from are never what they are put out there to the public......like her supposed back surgery a year ago out was a simply bowel obstruction.  she was home in a week and walking around ....she took that money to move into where she lives now. NOT FOR ANY LIFE THREATENING EVENT.

11) Alex has played the victim of Deric when she is the one behind the scenes trying to get people to do things for her.

12) Everything Alex has done has been

```
done to =
someone else this is what she obsesses over making people out to be
the bad=
 person.=C2=A0 This has been going on for years.....Deric&#39;s is
longer b=
ecause he stole her 15 minutes of fame and she is broke and thinks
Deric ha=
s gained from his actions iin the Stubenville case and she has not
and beli=
eves she did more to solve the case and plots what she can do to
Deric to m=
ake his life a living hell.....she has said that to me many times.
</div><di=
v><br></div><div>I am not very good with the legal stuff but I have
heard s=
o much more that she has done or plans to do to Deric it is hard for
me to =
put it all in writing.</div><div><br></div>
<div>Sincerely=C2=A0</div><div><=
br></div><div>Karen =C2=A0Wendelstam</div><div>614-638-9223</div>
<div>--=C2=
=A0</div></div><div class=3D"gmail_extra"><br><div
class=3D"gmail_quote">On=
 Tue, Nov 29, 2016 at 7:04 PM, Karen Marcello <span dir=3D"ltr">&lt;
<a href=
=3D"mailto:wendelstam@gmail.com"
target=3D"_blank">wendelstam@gmail.com</a>=
&gt;</span> wrote:<br><blockquote class=3D"gmail_quote"
style=3D"margin:0 0=
 0 .8ex;border-left:1px #ccc solid;padding-left:1ex"><div
dir=3D"ltr">Hello=
<div><br></div><div><br></div><div><br></div><div>I have known
Alexandria G=
oddard for at least 30 years.=C2=A0 She refers to me as her BFF or
nickname=
d Dingy. =C2=A0=C2=A0</div><div><br></div><div>I was not around her
when th=
is who Stubenville case and her and Deric were talking
amicably.=C2=A0 Wher=
e I can in is where it seemed like everyday (she lives oon the other
side o=
f the duplex from me) and lived in a apartment 5 minutes from me a
year bef=
ore that she would be telling me all the bad things about
Deric.=C2=A0 She =
would say she was going to have people from the group KY Anonymous
stalk an=
d watch his moves since it seemed as though she could not see
everything De=
ric posts......she was obsessed with Deric.=C2=A0 She would tell me
she was=
 not going to stop messing with him till she say him go to
jail.=C2=A0 She =
was relentless about trying to find things out about Deric so she
could pos=
t and add her comments to everything (which) =C2=A0most were lies.
=C2=A0 I=
```

wsh I could remember everything she said and did but what I do know is she=
 was calling court house after court house and talking to people about Deri=
c and how PSYCHO he was and I heard parts of the conversations due to she a=
lways had her iPhone on speaker phone.....I just wish at the time I was lis=
tening a little more with concern....but I thought this was all just her do=
ing her normal stalking and harassing thing on the internet.=C2=A0 Believe =
me Deric is not her first victim she had many.&lt;/div&gt;&lt;div&gt;&lt;br&gt;&lt;/div&gt;&lt;div&gt;&lt;br=
&gt;&lt;/div&gt;&lt;div&gt;There were times I would walk in her house and she would be tal=
king to the North Carolina police to see what she had to do to respond to D=
erics motions......then she would called her friend Kim in Florida who is s=
upposedly an Attorney and this Kim girl would be telling what she needs to =
do to get Deric....and sometimes would have have a three way going with Kim=
, Michelle =C2=A0and Alexandria.=C2=A0 Some advice that I know Kim gave he=
r was to avoid service and they would have to post pone the court case.....=
.MANY times I have seen and know she is home but be hiding from the service=
. =C2=A0&lt;/div&gt;&lt;div&gt;&lt;br&gt;&lt;/div&gt;&lt;div&gt;Deric is not her first victim and pob won=
&#39;t be her last cause she has stalked people way before the internet. =
=C2=A0 I use to sit in cars with her and she would watch for the people and=
 follow them and try to scare them with her tactics. =C2=A0&lt;/div&gt;&lt;div&gt;&lt;br&gt;&lt;=
/div&gt;&lt;div&gt;I truly believe after all the years I have known her she has a me=
ntal disorder and it is only getting worse. =C2=A0 ANYONE she can pick on..=
..the weak...the handicap she will.&lt;/div&gt;&lt;div&gt;&lt;br&gt;&lt;/div&gt;&lt;div&gt;She keeps putt=
ing &quot;GOFUNDME&quot; accounts out there......and usually takes the mone=
y that is said to be for attorney fees to fight Deric and instead she pays =
cable bills, electric, rent, anything but what it is said to be for.=C2=A0&lt;=
/div&gt;&lt;div&gt;&lt;br&gt;&lt;/div&gt;&lt;div&gt;I have reported her to many companies around here =
for what I think is fraud.=C2=A0 She will definitely lie when put on the sp=
ot.......that is also known from the 30 years of knowing her.=C2=A0 She has=
 a attorney that has sent her paper work asking for his money and

```
she has a=
voided paying him cause she is supposedly doing all the the paper
work and =
is trying to guide him thru his job. =C2=A0</div><div><br></div>
<div>Not su=
re what else I can write.......I know her well.....I know her
games.......a=
nd she is not doing this just to Deric....Myself and my neighbor are
being =
stalked and harassed buy her and had to file for restraining
orders.=C2=A0 =
She is relentless and thinks she is above the law cause she was the
one who=
 brought the Stubenville case to life.</div><div><br></div><div><br>
</div><=
div>If there are any other questions please feel free to contact me
at <a h=
ref=3D"tel:(614)%20███-█23" value=3D"+1614████23"
target=3D"_blank">614-6=
38-9223</a></div><div><br></div><div>Sincerely</div><div><br></div>
<div>Kar=
en Wendelstam</div></div>
</blockquote></div><br></div>

--001a11401e848a63ce05427cec6b--
```