# EXHIBIT C



## MY STUFF - Invitation to collaborate
1 message

**Karen Marcello (via Google Drive)** <wendelstam@gmail.com>  Tue, Nov 29, 2016 at 2:04 PM
Reply-To: Karen Marcello <wendelstam@gmail.com>
To: JRS13131@gmail.com

Karen Marcello has invited you to **contribute to** the following shared folder:

 MY STUFF

 Let me know if you can see all of the scans

Open

Google Drive: Have all your files within reach from any device.
Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

Google™

## Original Message

| | |
|---|---|
| Message ID | <001a11490218973f4d0542754067@google.com> |
| Created at: | Tue, Nov 29, 2016 at 2:04 PM (Delivered after 1 seconds) |
| From: | "Karen Marcello (via Google Drive)" <wendelstam@gmail.com> |
| To: | JRS13131@gmail.com |
| Subject: | MY STUFF - Invitation to collaborate |
| SPF: | PASS with IP 2607:f8b0:4002:c09:0:0:0:247  Learn more |
| DKIM: | PASS with domain gmail.com  Learn more |
| DMARC: | PASS  Learn more |

Download Original                                    Copy to clipboard

```
Delivered-To: jrs13131@gmail.com
Received: by 10.12.135.233 with SMTP id 38csp2446526qvk;
        Tue, 29 Nov 2016 11:04:06 -0800 (PST)
X-Received: by 10.129.101.136 with SMTP id
z130mr32356539ywb.340.1480446246377;
        Tue, 29 Nov 2016 11:04:06 -0800 (PST)
Return-Path:
<3JdE9WAoJCIY6oxnov23kwqwksv.mywTbcBDBDBqwksv.myw@doclist.bounces.go
ogle.com>
Received: from mail-yb0-x247.google.com (mail-yb0-x247.google.com.
[2607:f8b0:4002:c09::247])
        by mx.google.com with ESMTPS id
j142si7063823ywb.77.2016.11.29.11.04.06
        for <JRS13131@gmail.com>
        (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256
bits=128/128);
        Tue, 29 Nov 2016 11:04:06 -0800 (PST)
Received-SPF: pass (google.com: domain of
3jde9waojciy6oxnov23kwqwksv.mywtbcbdbdbqwksv.myw@doclist.bounces.goo
gle.com designates 2607:f8b0:4002:c09::247 as permitted sender)
client-ip=2607:f8b0:4002:c09::247;
```

```
Authentication-Results: mx.google.com;
        dkim=pass header.i=@gmail.com;
        spf=pass (google.com: domain of
3jde9waojciy6oxnov23kwqwksv.mywtbcbdbdbqwksv.myw@doclist.bounces.goo
gle.com designates 2607:f8b0:4002:c09::247 as permitted sender)
smtp.mailfrom=3JdE9WAoJCIY6oxnov23kwqwksv.mywTbcBDBDBqwksv.myw@docli
st.bounces.google.com;
        dmarc=pass (p=NONE dis=NONE) header.from=gmail.com
Received: by mail-yb0-x247.google.com with SMTP id d128so545ybh.6
        for <JRS13131@gmail.com>; Tue, 29 Nov 2016 11:04:06 -0800
(PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20120113;
        h=mime-version:reply-to:references:message-
id:date:subject:from:to;
        bh=dC4OlW7LZiVD6GY0ha4h+ePCgAQVTi5iNEsfG53iFk4=;

b=rJK9JGtCVAZEiE3o/WoYauLtsQo4KBi4aRi7CKHK/eu2ajBqLX1BIvAEcLKcMz9bYU

qrXKdDw/bQXpsXxS5uaGgd83mjow5gbL3QCqAko5UxIZ2K7zVWYPvpDaGpAtsJZ8SEfZ

AH65bjqcK4fGqYlusf3kf4YKFLDhRVaDrwgqFJwZwq+Mtlnoe7DH6PcyYqBBK3Tko0cx

ChTDsDSkzFGdJeSp0Mq8e6qieN+hMPduZTmoifNjJc3Ed2KVFnqaloEGYp7geX2Da/Pk

6R9G7p/W0AJfUdW6UQ307aS+wXLIiyxhbRuUMKriwU8yCbA79oQYU2jdPZflW4cNwzY4
        CsWw==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20130820;
        h=x-gm-message-state:mime-version:reply-
to:references:message-id:date
         :subject:from:to;
        bh=dC4OlW7LZiVD6GY0ha4h+ePCgAQVTi5iNEsfG53iFk4=;

b=hgQyUsv1ZPqvqH5na8CQU3BDZJVJ9pRxgznJHyaa5/wn4pqfb4mih9whQSL6SnqznK

0KqBVuD2oJi4whZSMwoIWlsbUej3RDGOhweh0PWfuTac9+PYzGZVy50uW1ovkB08d2fl

ziR6c620d3vaykjEfoZ1pEKxJUY0piH4PTNwhxM8rvYv4Ggz2eqdFRWYqdSlApXA9fG8

oSGIs30WofnyK4fdCOKDtarSHtnmETfaHsJF38HM3m6i0yY8PZFT9ARA5SkUNnh+OpHq

VnN+B7jvpiGghU9sVXmolZEZo5ZJbzm1QvKpW4vbE48JdwPUoEC7uFG0H0rELs8le8Ft
        YbVw==
X-Gm-Message-State:
AKaTC00zXdm6KZJB9K1MGq8fEUHGkoJnSlxj0vRT0SgfQEcWPaG1/slPMW3QGSQ/xNcu
IK3GURaZBi5Tcrswuzo=
MIME-Version: 1.0
X-Received: by 10.129.105.3 with SMTP id
e3mr7131594ywc.126.1480446245811; Tue, 29 Nov 2016 11:04:05 -0800
(PST)
Reply-To: Karen Marcello <wendelstam@gmail.com>
X-Originating-IP: 67.149.119.51
X-No-Auto-Attachment: 1
References: <ee814692-6c36-42be-9438-b5c6110ed3ed@docs-
share.google.com>
Message-ID: <001a11490218973f4d0542754067@google.com>
```

```
Date: Tue, 29 Nov 2016 19:04:05 +0000
Subject: MY STUFF - Invitation to collaborate
From: "Karen Marcello (via Google Drive)" <wendelstam@gmail.com>
To: JRS13131@gmail.com
Content-Type: multipart/alternative;
boundary=001a11490218973f1e0542754064

--001a11490218973f1e0542754064
Content-Type: text/plain; charset=UTF-8; format=flowed; delsp=yes

I've shared an item with you:

MY STUFF
https://drive.google.com/drive/folders/0B-ljQdGDBabcdjMyaEU1N2NGeTA?
usp=sharing&ts=583dd125

It's not an attachment -- it's stored online. To open this item,
just click
the link above.

Let me know if you can see all of the scans

--001a11490218973f1e0542754064
Content-Type: text/html; charset=UTF-8
Content-Transfer-Encoding: quoted-printable

<html><head></head><body><script type=3D"application/json" data-
scope=3D"in=
boxmarkup">{"publisher":
{"api_key":"1e6ef4c2b3e67680225868caeb59b7ad","name=
":"Google Drive"},"api_version":"1.0","updates":{"snippets":
[{"icon":"DESCR=
IPTION","message":"Karen Marcello : Let me know if you can see all
of the s=
cans"}],"action":
{"name":"Open","url":"https://drive.google.com/drive/folde=
rs/0B-ljQdGDBabcdjMyaEU1N2NGeTA?
usp\u003dsharing_eidd\u0026ts\u003d583dd125=
"}},"entity":
{"main_image_url":"https://ssl.gstatic.com/bt/C3341AA7A1A07675=
6462EE2E5CD71C11/smartmail/bt_google_drive_1600dp_r2.png","external_
key":"0=
B-
ljQdGDBabcdjMyaEU1N2NGeTA","avatar_image_url":"https://www.gstatic.c
om/bt=
/C3341AA7A1A076756462EE2E5CD71C11/smartmail/bt_google_drive_avatar_2
24dp_r1=
.png","subtitle":"shared by Karen Marcello","action":
{"name":"Open","url":"=
https://drive.google.com/drive/folders/0B-
ljQdGDBabcdjMyaEU1N2NGeTA"},"titl=
e":"MY STUFF"}}</script><div style=3D"width: 100%; padding: 24px 0
16px 0; =
background-color: #f5f5f5; text-align: center;"><div
style=3D"display: inli=
ne-block; width: 90%; max-width: 680px;min-width: 280px; text-align:
left; =
```

```
font-family: Roboto,Arial,Helvetica,sans-serif;"><div style=3D"height: 0px;=
" dir=3D"ltr"></div><div style=3D"display: block; padding: 0 2px;">
<div sty=
le=3D"display: block; background: #fff; height: 2px;"></div></div>
<div styl=
e=3D"border-left: 1px solid #f0f0f0; border-right: 1px solid
#f0f0f0;"><div=
 style=3D"padding: 24px 32px 24px 32px; background:#fff; border-
right: 1px =
solid #eaeaea; border-left: 1px solid #eaeaea;" dir=3D"ltr"><div
style=3D"f=
ont-size: 14px; line-height: 18px; color: #444;"><a
href=3D"mailto:wendelst=
am@gmail.com" style=3D"color:inherit;text-decoration:none">Karen
Marcello</=
a> has invited you to <b>contribute to</b> the following shared
folder:</di=
v><div style=3D"height: 10px;"></div><div style=3D"font-size: 18px;
display=
: table;"><div style=3D"display: table-row; border-bottom: 4px solid
#fff;"=
><span style=3D"display: table-cell;"><div style=3D"height: 32px;">
<img src=
=3D"https://ssl.gstatic.com/docs/documents/share/images/services/fol
der-3.p=
ng" aria-label=3D"Folder" style=3D"vertical-align: middle; max-
width: 24px;=
"/></div></span><span style=3D"display: table-cell; padding-left:
12px;"><a=
 href=3D"https://drive.google.com/drive/folders/0B-
ljQdGDBabcdjMyaEU1N2NGeT=
A?usp=3Dsharing_eixpa_nl&amp;ts=3D583dd125" style=3D"color: #3367d6;
text-d=
ecoration: none; vertical-align: middle;">MY STUFF</a><div
itemprop=3D"acti=
on" itemscope itemtype=3D"http://schema.org/ViewAction"><meta
itemprop=3D"u=
rl" content=3D"https://drive.google.com/drive/folders/0B-
ljQdGDBabcdjMyaEU1=
N2NGeTA?usp=3Dsharing_eixpa_nl&amp;ts=3D583dd125"></div></span>
</div></div>=
<div style=3D"height: 16px;"></div><div style=3D"height: 1px;
background-co=
lor: #eee;"></div><div style=3D"height: 24px;"></div><div
style=3D"display:=
 table-row;"><img style=3D"display: table-cell;" width=3D"50"
src=3D"https:=
//ssl.gstatic.com/s2/profiles/images/silhouette64.png"
alt=3D"Unknown profi=
le photo"><span style=3D"display: table-cell; vertical-align: top;
padding-=
left: 16px; font-size: 13px; line-height: 18px; max-width: 496px;
color: #2=
62626;">Let me know if you can see all of the scans</span></div><div
style=
=3D"height: 32px;"></div><div><a
```

```
                href=3D"https://drive.google.com/drive/fol=
                ders/0B-ljQdGDBabcdjMyaEU1N2NGeTA?
                usp=3Dsharing_eixpa_np&amp;ts=3D583dd125"=
                 target=3D"_blank" style=3D"background-color: #4d90fe; border: 1px
                solid #3=
                079ed; border-radius: 2px; color: white; display: inline-block;
                font-family=
                : Roboto,Arial,Helvetica,sans-serif; font-size: 11px; font-weight:
                bold; he=
                ight: 29px; line-height: 29px; min-width: 54px; outline: 0px;
                padding: 0 8p=
                x; text-align: center; text-decoration: none">Open</a></div></div>
                </div><ta=
                ble style=3D"width: 100%; border-collapse: collapse;"
                role=3D"presentation"=
                ><tr><td style=3D"padding: 0px;"><table style=3D"border-collapse:
                collapse;=
                 width: 3px;" role=3D"presentation"><tr height=3D"1"><td width=3D"1"
                bgcolo=
                r=3D"#f0f0f0" style=3D"padding: 0px;"></td><td width=3D"1"
                bgcolor=3D"#eaea=
                ea" style=3D"padding: 0px;"></td><td width=3D"1" bgcolor=3D"#e5e5e5"
                style=
                =3D"padding: 0px;"></td></tr><tr height=3D"1"><td width=3D"1"
                bgcolor=3D"#f=
                0f0f0" style=3D"padding: 0px;"></td><td width=3D"1"
                bgcolor=3D"#eaeaea" sty=
                le=3D"padding: 0px;"></td><td width=3D"1" bgcolor=3D"#eaeaea"
                style=3D"padd=
                ing: 0px;"></td></tr><tr height=3D"1"><td width=3D"1"
                bgcolor=3D"#f5f5f5" s=
                tyle=3D"padding: 0px;"></td><td width=3D"1" bgcolor=3D"#f0f0f0"
                style=3D"pa=
                dding: 0px;"></td><td width=3D"1" bgcolor=3D"#f0f0f0"
                style=3D"padding: 0px=
                ;"></td></tr></table></td><td style=3D"width: 100%; padding: 0px;">
                <div sty=
                le=3D"height: 1px; width: auto; border-top: 1px solid #ddd;
                background:#eae=
                aea; border-bottom: 1px solid #f0f0f0;"></div></td><td
                style=3D"padding: 0p=
                x;"><table style=3D"border-collapse: collapse; width: 3px;"
                role=3D"present=
                ation"><tr height=3D"1"><td width=3D"1" bgcolor=3D"#e5e5e5"
                style=3D"paddin=
                g: 0px;"></td><td width=3D"1" bgcolor=3D"#eaeaea" style=3D"padding:
                0px;"><=
                /td><td width=3D"1" bgcolor=3D"#f0f0f0" style=3D"padding: 0px;">
                </td></tr><=
                tr height=3D"1"><td width=3D"1" bgcolor=3D"#eaeaea"
                style=3D"padding: 0px;"=
                ></td><td width=3D"1" bgcolor=3D"#eaeaea" style=3D"padding: 0px;">
                </td><td =
                width=3D"1" bgcolor=3D"#f0f0f0" style=3D"padding: 0px;"></td></tr>
                <tr heigh=
                t=3D"1"><td width=3D"1" bgcolor=3D"#f0f0f0" style=3D"padding: 0px;">
                </td><t=
```

```
d width=3D"1" bgcolor=3D"#f0f0f0" style=3D"padding: 0px;"></td><td width=3D=
"1" bgcolor=3D"#f5f5f5" style=3D"padding: 0px;"></td></tr></table>
</td></tr=
></table><table style=3D"padding: 14px 10px 0 10px;" role=3D"presentation" =
dir=3D"ltr"><tr><td style=3D"width: 100%; font-size:11px; font-family: Robo=
to,Arial,Helvetica,sans-serif; color:#646464; line-height: 20px; min-height=
: 40px; vertical-align: middle;">Google Drive: Have all your files within r=
each from any device. <br/>Google Inc. 1600 Amphitheatre Parkway, Mountain =
View, CA 94043, USA</td><td style=3D"padding-left: 20px; vertical-align: mi=
ddle;"><a href=3D"https://drive.google.com" target=3D"_blank"><img src=3D"h=
ttps://www.gstatic.com/images/branding/googlelogo/1x/googlelogo_tm_black54_=
color_96x40dp.png" width=3D"96" alt=3D"Logo for Google Drive" border=3D"0">=
</a></td></tr></table></div></div></body></html>
--001a11490218973f1e0542754064--
```

# FORM 10.03-H: WARNING CONCERNING THE ATTACHED PROTECTION ORDER

<u>NOTE</u>: *Rule 10.03 of the Rules of Superintendence for the Courts of Ohio requires this Warning to be attached to the FRONT of all protection orders issued pursuant to R.C. 2903.213 and 2903.214 by the courts of the State of Ohio. TO BE USED WITH FORMS 10.03-B, 10.03-E, and 10.03-F.*

## WARNING TO RESPONDENT/ DEFENDANT

Violating the attached Protection Order is a crime, punishable by imprisonment or fine or both, and may cause your bond to be revoked or result in a contempt of court citation against you.

This Protection Order is enforceable in all 50 states, the District of Columbia, tribal lands, and U.S. Territories pursuant to the Violence Against Women Act, 18 U.S.C. 2265. Violating this Protection Order may subject you to federal charges and punishment.

Only the Court may change this Order. The Petitioner/Alleged Victim cannot give you legal permission to violate this order. If you go near the Petitioner or other protected persons, even with their permission, you may be arrested. **You act at your own risk if you disregard this WARNING.** If you want to change the Order you must ask the Court.

the Court. Sec. 2903.214. * * * (F) * * * (2) Upon the issuance of a protection order under this section, the court shall provide the parties to the order with the following notice orally or by form:

"NOTICE

As a result of this order, it may be unlawful for you to possess or purchase a firearm, including a rifle, pistol, or revolver, or ammunition pursuant to federal law under 18 U.S.C. 922(g)(8). If you have any questions whether this law makes it illegal for you to possess or purchase a firearm or ammunition, you should consult an attorney."

## WARNING TO PETITIONER / ALLEGED VICTIM

You **cannot** change the terms of this Order by your words or actions. Only the Court may allow the Respondent/Defendant to contact you or return to your residence. This Order **cannot** be changed by either party without obtaining a written court order.

## NOTICE ABOUT FIREARMS AND DEADLY WEAPONS

As a result of this Order, it may be unlawful for you to possess or purchase a firearm, including a rifle, pistol, or revolver, or ammunition, pursuant to federal law, 18 U.S.C. 922(g)(8). If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, you should consult a lawyer.

This Order may be subject to the exceptions pursuant to 18 U.S.C. 925(a)(1) with respect **only** to the official use of government-issued firearms or ammunition for the use of any department or agency of the United States, Ohio, or its political subdivision. This exception does not apply if the Defendant/Respondent has been convicted of an offense of violence, for example domestic violence, menacing by stalking, etc., against a family or household member.

## NOTICE TO ALL LAW ENFORCEMENT AGENCIES AND OFFICERS

The attached Protection Order is enforceable in all jurisdictions. Violating this Protection Order, whether it is a criminal or civil protection order, is a crime under R.C. 2919.27. Law enforcement officers with powers to arrest under R.C. 2935.03 for violations of the Ohio Revised Code must enforce the terms of this Protection Order as required by R.C. 2919.27, 2903.213, and 2903.214. If you have reasonable grounds to believe that Respondent/Defendant has violated this Protection Order, it is the preferred course of action in Ohio under R.C. 2935.03 to arrest and detain Respondent/ Defendant until a warrant may be obtained. Federal and state laws prohibit charging a fee for service of this order.

FORM 10.03-H: WARNING CONCERNING THE ATTACHED PROTECTION ORDER
Amended: March 1, 2014
Discard all previous versions of this form

KAREN WENDELSTAM
Petitioner

-VS-

ALEXANDRIA GODDARD
Respondent

CASE NUMBER: 16CV11257

JUDGE: Julie M. Lynch

MAGISTRATE: Jennifer Hunt

2016 NOV 29 AM 11:11
CLERK OF COURTS

## ENTRY DENYING PETITIONER'S EX PARTE REQUEST FOR A CIVL STALKING PROTECTION ORDER (CSPO) OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER (CSOOPO) AND SETTING FOR FULL HEARING UPON MOTION OF PETITIONER

The Petitioner appeared and petitioned the court for an Ex Parte Civil Stalking or Sexually Oriented Offense Protection Order (hereinafter "CSPO" or "CSOOPO") at an oral hearing. The Petitioner failed to meet the requirements necessary for the findings of immediate and present danger pursuant to R.C. 2903.214(D)(1). The Court has considered the acts of menacing by stalking pursuant to R.C. 2903.211 and/or a finding of a sexually oriented offense pursuant to the law as defined under R.C. 2950.01. The Petitioner's request is hereby *DENIED*.

Petitioner moved the Court set the matter for a full hearing. The motion is granted and this matter shall be set for a full hearing as follows: <u>a final hearing is scheduled before Magistrate Pamela Erdy, on 29th day of December, 2016 at 09:00 AM</u>.

<u>The hearing will be held at:</u>

<u>345 S. High St</u>
<u>3rd Floor Courtroom 3D</u>
<u>Columbus, OH 43215</u>

IT IS SO ORDERED.

_____
JUDGE/MAGISTRATE

**NOTICE TO PETITIONER: Failure to appear for the final hearing may result in a dismissal of this action.

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

Petitioner: Karen Elaine Wendelsky
Address: 6672 Birchton Street
City, State, Zip Code: Dublin, Ohio 43017
Date of Birth: 07/08/1969

Case No.: 16CVH-11257

Judge/Magistrate: _____

v.

Respondent: Alexandria Goddard
Address: 6674 Birchton Street
City, State, Zip Code: Dublin, Ohio 43017
Date of Birth: 05/15/67

PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER (R.C. 2903.214)

[Filed stamp: 2016 NOV 29, CLERK OF COURT, COMMON PLEAS, FRANKLIN CO.]

**CHECK EVERY ☐ THAT APPLIES. IF YOU ARE REQUESTING YOUR ADDRESS REMAIN CONFIDENTIAL, DO NOT WRITE YOUR ADDRESS ON THIS FORM. PLEASE PROVIDE ANOTHER MAILING ADDRESS WHERE YOU CAN SAFELY RECEIVE NOTICES FROM THE COURT. THIS FORM IS A PUBLIC RECORD.**

☐ 1. Petitioner seeks relief on Petitioner's own behalf.

☒ 2. Petitioner seeks relief on behalf of the following family or household members:

| NAME | DATE OF BIRTH | HOW RELATED TO PETITIONER |
|---|---|---|
| Annette Zink | 1/31/42 | Mother |
| Stephen Zink | 5/3/71 | Brother |
| | / / | |
| | / / | |
| | / / | |

Ohio law defines "Menacing by Stalking" as follows:

"No person by engaging in a pattern of conduct shall knowingly cause another person to believe that the offender will cause physical harm to the other person or cause mental distress to the other person." R.C. 2903.211(A)(1).

"No person, through the use of any electronic method of remotely transferring information, including, but not limited to, any computer, computer network, computer program, or computer system, shall post a message with purpose to urge or incite another to commit a violation of division (A)(1) of this section (above)" R.C. 2903.211(A)(2).

Ohio law defines "Sexually Oriented Offenses" in R.C 2950.01.

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: March 1, 2014
Discard all previous versions of this form

1

Case 1:16-cv-01098-TDS-JEP   Document 34-3   Filed 12/12/16   Page 11 of 14

3. Petitioner states that Respondent has engaged in the following act(s) which create an immediate and present danger. For (a), (b), or (c) below, attach additional pages if necessary.

☑ (a) For a civil stalking protection order due to menacing by stalking, describe the nature and extent of the pattern of conduct that causes you to believe that Respondent will cause you physical harm or causes (or has caused) mental distress. Also describe any previous convictions of Respondent for the crime of Menacing by Stalking, if known.

She has continuously posted neg + derogatory statements about me on media outlets
She has also tried to get my family involved in her lies about me
She lives next door to me and has put on media everything and lies about what I do.
She consistantly ask for pills from me cause she is in so much pain + when I say NO she is on her media outlet saying things about my vagina

☐ (b) For a civil sexually oriented offense protection order due to a sexually oriented offense, describe the acts of Respondent as fully as possible. You do not need to include any pattern of conduct information for a protection order due to a sexually oriented offense.

☐ (c) For electronic monitoring of the Respondent, describe the nature and extent of the Respondent's conduct before the filing of this Petition that puts you or your family or household members' health, welfare, or safety at risk. Also describe how the Respondent presents a continuing danger to you or your family or household members.

4. Petitioner requests the Court grant relief under R.C. 2903.214 for the Petitioner and the family or household members named in this Petition by granting a Civil Stalking Protection Order or Civil Sexually Oriented Offense Protection Order that:

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: March 1, 2014
Discard all previous versions of this form

Case 1:16-cv-01098-TDS-JEP   Document 34-3   Filed 12/12/16   Page 12 of 14

☑ (a) Requires Respondent to not abuse the Petitioner and the family or household members named in this Petition by harming, attempting to harm, threatening, following, stalking, harassing, contacting, forcing sexual relations upon them, or by committing sexually oriented offenses against them.

☑ (b) Requires Respondent to refrain from entering the residence, school, business, place of employment, child care providers, or day care centers of Petitioner and the family or household members named in this Petition, including the buildings, grounds, and parking lots at those locations.

☑ (c) Requires Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to canceling any utilities or insurance or interrupting phone service, mail delivery, or the delivery of any other documents or items.

☑ (d) Requires Respondent not to remove, damage, hide, or dispose of any property or pets owned or possessed by the Petitioner and Petitioner's family or household members named in this Petition.

☑ (e) Requires Respondent not to possess, use, carry, or obtain any deadly weapon.

☑ (f) Requires Respondent to be electronically monitored.

☐ (g) Includes the following additional provisions:

_____
_____
_____
_____
_____
_____

☑ 5. Petitioner further requests that the Court issue an *ex parte* (emergency) protection order under R.C. 2903.214(D) and this Petition.

☐ 6. Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

☐ 7. Petitioner further requests that if Petitioner has a victim advocate, the Court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

☑ 8. Petitioner further requests that the Court grant such other relief as the Court considers equitable and fair.

☐ 9. The following is a list of all present and past court cases involving Respondent, that Petitioner knows of:

| CASE NAME | CASE NUMBER | COURT/COUNTY | OUTCOME OF CASE |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: March 1, 2014
Discard all previous versions of this form

I hereby swear or affirm that the answers above are true, complete, and accurate to the best of my knowledge. I understand that falsifying this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and that falsifying this document may also subject me to criminal penalties for perjury under R.C. 2921.11.

DO NOT SIGN THIS FORM UNLESS YOU ARE IN FRONT OF THE PERSON WHO WILL NOTARIZE THE PETITION FOR YOU.

_____
SIGNATURE OF PETITIONER

Sworn to and subscribed before me on this 28th day of June, 2016

_____
NOTARY PUBLIC

BERNICE R. PATTERSON III
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES NOV. 23,

**IF YOU ARE REQUESTING YOUR ADDRESS REMAIN CONFIDENTIAL, DO NOT WRITE YOUR ADDRESS ON THIS FORM. PLEASE PROVIDE ANOTHER MAILING ADDRESS WHERE YOU CAN SAFELY RECEIVE NOTICES FROM THE COURT. THIS FORM IS A PUBLIC RECORD.**

Petitioner's Safe Address

_____
_____
_____

_____
Signature of Attorney for Petitioner (if applicable)

_____
Name of Attorney (if applicable)

_____
Attorney's Address

_____
City, State, Zip Code

_____
Attorney's Registration Number

_____
Attorney's Telephone

_____
Attorney's Fax

_____
Attorney's Email

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: March 1, 2014
Discard all previous versions of this form.