# UNITED STATES DISTRICT COURT
## For the Middle District of North Carolina

Deric Lostutter
  Plaintiff

v.

Thomas Olsen, Alexandria Goddard, Michelle McKee
  Defendants

Case No.: 16CV1098

AFFIDAVIT OF SERVICE

NOW COMES THE PLAINTIFF, appearing Pro-se, and shows this Honorable Court that defendant Alexandria Goddard was properly served a true and correct copy of the complaint and summons in this action pursuant to Federal Rule of Civil Procedure (4)(c) and (4)(m), at her address of 6674 Birchton St. Dublin Ohio 43017 within the County of Franklin, by personal service from Franklin County Sheriff's Deputy Jay Jay Skompa on December 9th 2016 at the hour of 12:08 (Twelve-oh-eight) PM in the State of Ohio.

This the 30th Day of December, 2016

Respectfully submitted

Deric Lostutter
  Plaintiff

2732 Darrow Rd
Walkertown NC 27051
336-829-8539
LostutterDwork@gmail.com

# Certificate of Service

I, Deric Lostutter, hereby swear and affirm, that I personally served the attached and foregoing Affidavit of Service on the defendants by placing a true and correct copy in a post paid envelope and mailing it to their attorney addressed as follows:

R. Daniel Gibson
827 Burke St
Winston-Salem, N.C. 27101

This the 30th Day of December 2016

Respectfully Submitted

Deric Lostutter
Plaintiff
2737 Darrow rd
Walkertown NC 27051
(336)298-8539
lostutterDwork@gmail.com

 

# Franklin County Sheriff's Office
## Affidavit of Service

| | |
|---|---|
| DERIC JAMES LOSTUTTER ) | |
| **Petitioner/Plaintiff** ) | |
| ) | |
| -vs- ) | Case #: 16CV1098 |
| ) | Service #: 1767762 |
| ALEXANDRIA GODDARD ) | |
| **Respondent/Defendant** ) | |
| ) | |

**STATE OF OHIO** )
) SS:
**COUNTY OF FRANKLIN** )

Jayjay Skomra, being first duly sworn, deposes and says: That he/she is, and was at all times hereinafter mentioned, a duly appointed, qualified as an acting Deputy Sheriff of Franklin County, State of Ohio, a citizen of the United States, not a party to, nor interested in, the above entitled action; that on 12/09/2016, at the hour of 12:08 PM affiant as such Deputy Sheriff served a copy/copies of Out Of State Service out of state summons, out of state complaint, and out of state affidavit issued in the above entitled action upon Alexandria Goddard by delivering to and leaving with said person Personal Service at 6674 Birchton St Dublin, Oh 43017 within the County of Franklin, State of Ohio.

DONNA HARRIS
Notary Public, State of Ohio
My Commission Expires 12-02-2021

Zach Scott, Sheriff of Franklin County

By: _____
JAYJAY SKOMRA
DEPUTY SHERIFF

Subscribed and Sworn to before me this:
23 of DECEMBER, 2016.

_____
Notary Public, State of Ohio

Civil Division, 410 South High Street, 2nd Floor, Columbus, Ohio 43215

SHFN212

 

**Franklin County Sheriff's Office**
**Sheriff Zach Scott**
410 S High Street 2nd Floor, Columbus Ohio, 43215
Sheriff Service Return

STATE OF OHIO
COUNTY OF FRANKLIN

**Date Writ Received**: 11/15/2016
**County**:   **City**:   **State**: NORTH CAROLINA
**Case Number**: 16CV1098
**Plaintiff and Defendant**: Deric James Lostutter Vs Alexandria Goddard
**Date Writ Served/Return**: 12/09/2016  **Served to**: Alexandria Goddard
Personal Service   **Served at**: 6674 Birchton St
  Dublin, Oh 43017

**Service Type**: Out Of State Service

| Service Attempts: | Time: | Mileage: | Service Information: |
|---|---|---|---|
| 12/09/2016 | 12:08 PM | 24 | Personal Service |
| 12/06/2016 | 12:09 PM | 24 | Attempted/Contact Info Left |
| 11/16/2016 | 11:44 AM | 24 | Attempted/Contact Info Left |

**TOTAL SHERIFF'S FEE**:
  Service: 15.00   Mileage: 0.00   Postage: 0.00
  Total: 15.00   Paid: 15.00   Balance: **0.00 PAID**
        FED ID #31-6400067

ZACHARY SCOTT, SHERIFF
FRANKLIN COUNTY, OHIO

BY: _____
JAYJAY SKOMRA
DEPUTY SHERIFF

### *Return the portion below with payment, Thank You.*

**Date Writ Received**: 11/15/2016
**County**:   **City**:   **State**: NORTH CAROLINA
**Case Number**: 16CV1098
**Plaintiff and Defendant**: Deric James Lostutter Vs Alexandria Goddard
**Date Writ Served/Return**: 12/09/2016  **Served to**: Alexandria Goddard
Personal Service   **Served at**: 6674 Birchton St
  Dublin, Oh 43017

**Service Type**: Out Of State Service

| Service Attempts: | Time: | Mileage: | Service Information: |
|---|---|---|---|
| 12/09/2016 | 12:08 PM | 24 | Personal Service |
| 12/06/2016 | 12:09 PM | 24 | Attempted/Contact Info Left |
| 11/16/2016 | 11:44 AM | 24 | Attempted/Contact Info Left |

**TOTAL SHERIFF'S FEE**:
  Service: 15.00   Mileage: 0.00   Postage: 0.00
  Total: 15.00   Paid: 15.00   Balance: **0.00 PAID**

shfn213.dot