Date: 5/15/2018

To: Clerk of Court
United States District Court
Middle District of North Carolina
324 W. Market Street
Room 401
Greensboro, N.C. 27401

BCC. Defendant Alexandria Goddard
6674 Birchton Street
Dublin, Ohio 43017

RE: Change of Address for Service of Process

<u>Lostutter v. Goddard, et al</u>, 16cv1098

To the Court and the Defendants,

Please be advised, the address on file reflecting P.O. Box 1000, Petersburg, Va. 23804 for service of process is no longer valid. Instead, please use the following address and update your files to reflect my change of address accordingly:

Deric Lostutter
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407

Unless otherwise instructed, this will be the correct address for service of all discovery and document process henceforth. Thank you for your cooperation.

Respectfully Submitted,

Deric James Lostutter
Plaintiff, Pro Se

Page 1 of 1