Deric Lostutter
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407
LostutterDWork@Gmail.com



UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DERIC LOSTUTTER,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRIA GODDARD,<br><br>Defendant | Case No.: 16cv1098<br><br>NOTICE OF DEPOSITION AND REQUEST TO PRODUCE DOCUMENTS (FED. R. CIV. P. 30, 34) |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:** PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 30 and 34, Plaintiff Pro Se, Deric Lostutter, will take and conduct the deposition of **ALEXANDRIA GODDARD, DEFENDANT, 6674 BIRCHTON STREET, DUBLIN, OHIO 43017** on June 27th, 2018, at 9:00 am EST, at 390 South Washington Avenue, Col;umbus, Ohio, 43215, at 9:00 AM EST, at PRI Court Reporting, before a certified Court Reporter and Notary Public authorized to administer oaths in the State of Ohio.

The Deposition will continue for a maximum of two (2) hours from the time and date of commencement, and may continue until completed.

PLEASE TAKE FURTHER NOTICE THAT **ALEXANDRIA GODDARD** is **REQUIRED** to bring to the deposition, documents described on EXHIBIT "A" which is

1

attached to this Deposition Notice, and incorporated herein by reference, with her to the Deposition.

PLEASE TAKE FURTHER NOTICE that **DERIC LOSTUTTER**, Plaintiff Pro Se, intends to record the testimony of the deponent by audio and/or video technology, in addition to recording the testimony of the deponent by stenographic method.

If the deponent at all requires an interpreter, a written notice must be given to the Plaintiff at least five (5) business days prior to the said deposition.

Dated this 2nd of June, 2018.

_____
Deric Lostutter
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407
LostutterDWork@Gmail.com

2

Case 1:16-cv-01098-TDS-JEP   Document 150   Filed 06/07/18   Page 2 of 4

## CERTIFICATE OF SERVICE

I, Deric Lostutter, Plaintiff Pro Se, hereby swear under penalty of perjury that on the undersigned date, I deposited a true and accurate copy of the foregoing Notice of Deposition and any attachments thereto in the United States Postal Service, postage pre-paid, for delivery to the United States District Court, as well as the Defendant envelope containing said Notice of Deposition addressed as follows:

| | |
|---|---|
| United States District Court | Alexandria Goddard |
| 324 W. Market Street | 6674 Birchton Street |
| Room 401 | Dublin, Ohio 43017 |
| Attn: Clerk | |
| Greensboro, N.C. 27401 | |

And upon receipt by the Defendant and docketing, the Defendant will have been properly served in accordance with Local Rules of Civil procedure, having subscribed to electronic service of process.

Dated this 2nd day of June, 2018.

Deric Lostutter
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407
LostutterDWork@Gmail.com

**EXHIBIT A:**

Documents to be brought to the Deposition:

- Any and all documents regarding DericLostutter.org
- A copy of your e-mails exchanged with Thomas Olsen, and Michelle McKee dating February 1, 2015, to present date.
- A copy of any document you plan to use for your defense at trial in this matter.