Deric Lostutter
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407
LostutterDWork@Gmail.com



# UNITED STATES DISTRICT COURT

# FOR THE

# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DERIC LOSTUTTER,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDRIA GODDARD,<br><br>    Defendant | Case No.: 16cv1098<br><br>JOINT MOTION TO STAY DISCOVERY AND PROCEEDINGS (LR. 7.3) |

COMES NOW THE PLAINTIFF, appearing pro se and respectfully requesting and moving this honorable Court to **STAY** the discovery and all other proceedings in this matter until either:

1. The Proposed Settlement Agreement is signed and executed by both Plaintiff and Defendant and the Court has initiated settlement proceedings; or

2. The deadline for execution of the proposed Settlement Agreement has passed and the Settlement Agreement has not been executed and submitted to the Court.

As grounds to **GRANT** this motion, Plaintiff respectfully advises the Court that:

1. Plaintiff and Defendant have entered good-faith settlement negotiations to settle this matter and mitigate damages;

2. A proposed Settlement Agreement has been drafted and is currently in review by both Plaintiff and Defendant;

1

3. Plaintiff and Defendant are diligently attempting to reach an amicable resolution in this matter;

4. Settlement negotiations are expected to last a period of no more than thirty (30) days from the date of this Motion;

5. This Motion is not brought before the Court for purposes of undue delay, and because this Motion is supported by both Plaintiff and Defendant, both Plaintiff and Defendant state that neither would be prejudiced by the Court **GRANTING** this Motion.

**WHEREFORE,** Plaintiff respectfully requests that this Court **GRANT** a stay of discovery and proceedings for a period of not more than thirty (30) days from the date of execution of this Motion.

Dated this 6th day of July, 2018.

_____
Deric Lostutter
Plaintiff, Pro Se
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407
LostutterDWork@Gmail.com

2

**HAVING SEEN AND AGREED TO:**

Dated this 13 day of July, 2018.

                                              */s/ Alexandria Goddard*
                                              Alexandria Goddard
                                              Defendant, Pro Se
                                              6674 Birchton Street
                                              Dublin, Ohio 43017
                                              AlexandriaGoddard@Gmail.com

# CERTIFICATE OF SERVICE

I, Deric Lostutter, hereby swear under penalty of perjury that on the undersigned date I deposited a true and accurate copy of the foregoing JOINT MOTION TO STAY DISCOVERY AND PROCEEDINGS in a post-paid envelope addressed to:

UNITED STATES DISTRICT COURT
324 W. Market Street
Room 401
Attn: CLERK
Greensboro, N.C. 27401

and deposited said envelope into the UNITED STATES POSTAL SERVICE on the undersigned date for delivery, whereupon receipt of said Motion and docketing, Defendant will have been properly served in accordance with the Local Rules of Civil Procedure having subscribed to electronic service.

Dated this 14 day of July, 2018.

Respectfully Submitted,

Deric Lostutter
Plaintiff, Pro Se
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407
LostutterDWork@Gmail.com

1

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DERIC LOSTUTTER,<br><br>  Plaintiff,<br><br>vs.<br><br>ALEXANDRIA GODDARD,<br><br>  Defendant | Case No.: 16cv1098<br><br>PROPOSED ORDER |

**WHEREFORE**, having considered the Joint Motion to Stay Proceedings, the facts and filings herein, and it being in the interests of both parties and this Court, it is hereby **ORDERED** that the Joint Motion to Stay Proceedings is GRANTED and discovery and proceedings in this matter are **STAYED** for thirty (30) days from the date of this ORDER.

Dated this \_\_\_\_\_ day of July, 2018.

                                                      Hon. Magistrate Judge Joi Elizaebeth Peake
                                                      United States District Court Magistrate Judge

1