IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERIC JAMES LOSTUTTER,        )
                              )
          Plaintiff,          )
                              )
   v.                         )     1:16CV1098
                              )
ALEXANDRIA GODDARD,           )
                              )
          Defendant.          )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 24, 2018, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED WITH PREJUDICE, and this case is terminated as settled, in light of the Settlement Agreement.

                              /s/   Thomas D. Schroeder
                              United States District Judge

December 3, 2018